# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINESSIA PEREZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>　　　　Defendant. | No.  2:21-CV-2028-KJM-DMC<br><br><br>ORDER |

　　　　Plaintiff, who is proceeding pro se, brings this civil action.  No opposition to Defendant's pending motion to dismiss has been filed.  Therefore, pursuant to Eastern District of California Local Rule 230(c), the hearing scheduled for December 8, 2021, at 10:00 a.m., before the undersigned in Redding, California, is hereby taken off calendar and Defendant's motion to dismiss is submitted on the record and briefs without oral argument.  The Court also vacates the initial scheduling conference set for March 9, 2022, at 10:00 a.m., in Redding, California, pending final resolution of Defendant's motion to dismiss and request to vacate the notice of removal, both of which will be addressed separately.

　　　　IT IS SO ORDERED.

Dated:  November 29, 2021

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1